U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 11 2008

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LINDA KILLEN | CIVIL ACTION NO. 07-1600 |
| VERSUS | JUDGE WALTER |
| ATLANTIC PAPER & FOIL, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Before this Court is an Appeal [Doc. #27] of the Magistrate Judge's Order of December 3, 2007 [Doc. #25] granting plaintiff's Motion to Remand, filed on behalf of defendant, Sharp Electronic Corporation ("Sharp"). The Magistrate Judge granted plaintiff's motion based on a finding that two of the three then-served defendants, or some other person or entity purporting to formally act on their behalf and having the authority to do so, failed to timely file a written indication that they consented to the removal by Sharp. See Getty Oil Corp. v. Insurance Co. of N. America, 841 F.2d 1254 (5th Cir. 1988). The Magistrate Judge further found that Sharp's assertion that all defendants consent to and join in the removal was insufficient to meet the rule of unanimity. See id.

Finding that the Magistrate Judge's decision was neither clearly erroneous nor contrary to law, **IT IS ORDERED** that the Magistrate Judge's Order [Doc. #25] **REMANDING** this matter

to the First Judicial District Court, Parish of Caddo, State of Louisiana, be and is hereby **AFFIRMED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this _11_ day of March, 2008.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE